## PATRICIA GIACALONE *v.* HOUSING AUTHORITY OF THE TOWN OF WALLINGFORD

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 120 (AC 30777), is granted, limited to the following issue:

"Did the Appellate Court properly determine that, pursuant to *Auster* v. *Norwalk United Methodist Church*, 286 Conn. 152, 943 A.2d 391 (2008), the defendant could be held liable as a result of a dog bite from a dog that was owned and kept by a tenant of the landlord?"

The Supreme Court docket number is SC 18669.

*Michael F. O'Connor*, in support of the petition.

*Marc J. Ubaldi*, in opposition.

Decided September 8, 2010